## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case Number: 07 C 6784

Advance Heat Products Ltd.
         v.
James D. Koskey, Jr. and K&H Manufacturing, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Advance Heat Products Ltd.

| | |
|---|---|
| **NAME** (Type or print)<br>Charles E. Harper, Jr. | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Charles E. Harper, Jr. | |
| **FIRM**<br>Quarles & Brady LLP | |
| **STREET ADDRESS**<br>500 West Madison Street, Suite 3700 | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois 60661-2511 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>06269908 | **TELEPHONE NUMBER**<br>(312) 715-5076, (312) 715-5155 (fax) |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐