**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 07 C 6784
Advance Heat Products Ltd.
    v.
James D. Koskey, Jr. and K&H Manufacturing, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Advance Heat Products Ltd.

| | |
|---|---|
| NAME (Type or print) <br> Jacquelyn T. Pinnell | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/ Jacquelyn T. Pinnell | |
| FIRM <br> Quarles & Brady LLP | |
| STREET ADDRESS <br> 500 West Madison Street, Suite 3700 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60661-2511 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06287098 | TELEPHONE NUMBER <br> (312) 715-5081, (312) 715-5155 (fax) |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |