U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 C 6784 |
|---|---|
| Advance Heat Products Ltd. | |
| v. | |
| James D. Koskey, Jr. and K&H Manufacturing, LLC | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Advance Heat Products Ltd.

| NAME (Type or print) |
|---|
| Donald R. Cassling |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Donald R. Cassling |

| FIRM |
|---|
| Quarles & Brady LLP |

| STREET ADDRESS |
|---|
| 500 West Madison Street, Suite 3700 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60661-2511 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 0412538 | (312) 715-5217, (312) 715-5155 (fax) |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐