**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ADVANCE HEAT PRODUCTS LTD., a Hong Kong corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES D. KOSKEY, JR. and K&H MANUFACTURING, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 07 C 6784<br><br>Judge George W. Lindberg<br><br>Magistrate Judge Maria Valdez |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Advance Heat Products Ltd. ("AHP"), submits its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the Rules of the United States District Court for the Northern District of Illinois.

AHP states that it has no parent corporations. AHP further states that no publicly held company owns 10% or more of AHP stock and AHP has no publicly held affiliates as that term is defined by Local Rule 3.2.

    Respectfully submitted,

    ADVANCE HEAT PRODUCTS LTD.

    By:    /s/ Charles E. Harper, Jr.
           One of Its Attorneys

Donald R. Cassling (ARDC #0412538)
dcasslin@quarles.com
Charles E. Harper, Jr. (ARDC #6269908)
charper@quarles.com
Jacquelyn T. Pinnell (ARDC #6287098)
jpinnell@quarles.com
QUARLES & BRADY LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661-2511
(312) 715-5000
(312) 715-5155 (fax)