AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ADVANCE HEAT PRODUCTS LTD., a Hong Kong corporation,        Plaintiff,

V.

JAMES D. KOSKEY, JR. and K&H MANUFACTURING, LLC, a Delaware limited liability company,        Defendants.

CASE NUMBER: 07CV6784

ASSIGNED JUDGE: JUDGE LINDBERG

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

K&H MANUFACTURING, LLC
c/o The Corporation Company, its Registered Agent
1675 Broadway, Suite 1200
Denver, Colorado  80202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald R. Cassling
Charles E. Harper, Jr.
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, Illinois  60661

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 0 3 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 4, 2007 at 2:05 pm |
| NAME OF SERVER (PRINT) Layla Flora | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: K:H Manufacturing LLC at 1675 Broadway, #1200, Denver, CO by leaving with Shane Horan, process clerk for The Corporation Company, registered agent.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $75 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-4-07
Date

Signature of Server

Address of Server
Condello & Associates
191 University Blvd. #507
Denver, CO 80206

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.