AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ADVANCE HEAT PRODUCTS LTD., a Hong Kong corporation,          Plaintiff,

V.

JAMES D. KOSKEY, JR. and K&H MANUFACTURING, LLC, a Delaware limited liability company,          Defendants.

CASE NUMBER: 07CV6784

ASSIGNED JUDGE: JUDGE LINDBERG

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

JAMES D. KOSKEY, JR.
210 Mesa Avenue
Manitou Springs, CO  80829

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald R. Cassling
Charles E. Harper, Jr.
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, Illinois  60661

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_
(By) DEPUTY CLERK

DEC 0 3 2007
DATE

## AFFIDAVIT OF SERVICE

| State of Illinois | County of | United States District Court |
|---|---|---|

Case Number: 07C6784

Plaintiff:
**Advance Heat Products LTD> a Hong Kong corporation**

vs.

Defendant:
**James D. Koskey, Jr. and K&H Manufactruring, LLC, a Delaware Limited liability company**

For:
Condello & Associates
191 Universtiy Blvd. #507
Denver, CO 80206

Received by Condello & Associates on the 5th day of December, 2007 at 10:45 am to be served on **James D. Koskey Jr., 210 Mesa Avenue, Manitou Springs, CO 80829**.

I, Barbara Potts, being duly sworn, depose and say that on the **6th day of December, 2007** at **8:08 pm**, I:

**PERSONALLY** served **Summons, Complaint, Exhibit A** to: **James D. Koskey Jr.** at the address of: **210 Mesa Avenue, Manitou Springs, CO 80829**, in El Paso County

Description of Person Served: Age: 30, Sex: M, Race/Skin Color: White, Height: 6'2, Weight: 190, Hair: Bald, Glasses: Y

I am 18 years or more and am not interested in, nor a party to, this case.

(STATE OF COLORADO )
( ) SS
(COUNTY OF EL PASO )

Subscribed and Sworn to before me on the 7th day of December, 2007 by the affiant who is personally known to me.

My Commission expires: _____

Barbara Potts
Process Server

Condello & Associates
191 Universtiy Blvd. #507
Denver, CO 80206
(303) 756-9687

Our Job Serial Number: 2007014450

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0d

My Comm. Expires
06/09/2009