# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                            Case Number: 07 C 6784

Advance Heat Products Ltd.,
v.
James D. Koskey, Jr. and K&H Manufacturing, LLC,


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

James D. Koskey, Jr. and K&H Manufacturing, LLC

| | |
|---|---|
| NAME (Type or print) <br> John D. Burke | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ John D. Burke | |
| FIRM <br> Ice Miller LLP | |
| STREET ADDRESS <br> 200 W. Madison, Suite 3500 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06203918 | TELEPHONE NUMBER <br> (312) 726-8148 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ✓  NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ✓  NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ✓  NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ✓  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |