# Exhibit A

# ADVANCE HEAT PRODUCTS LIMITED
19TH Floor, Million Fortune Ind Centre, 34-36 Chai Wan Kok Street, Tsuen Wan, N.T. Hong Kong.

2nd April 2001

Mr Eric Kong Yau Ming,
C/O Advance Thermo Control Limited.

Dear Eric,

Following your secondment from Advance Thermo Control Limited ("ATC") to our Company in October 2001 as acting China factory manager, we noted that you have carried out your responsibilities with good ability. Therefore, it is with great pleasure that we advise you of your official transfer from ATC to our Company as China factory manager with effect from 1st April 2001. Commencing from May 2001, your monthly salary will be increased to HK$20,000.00. Please note that your six years employment service with ATC will be carried over and taken into account in your employment with our Company.

We wish you a happy and productive stay with us.

Yours sincerely,

K S Cheng
Director

May. 21, 2001.

2.APR.2007 15:23    ATC CO LTD 24133080    NO.624    P.1

# Advance Thermo Control Ltd.

19th Floor, Million Fortune Ind. Centre, Nos. 34-36 Chai Wan Kok Street, Tsuen Wan, N.T., Hong Kong.
Tel : (852) 2498 7465    Fax : (852) 2413 3080

Supplementary & an integral agreement to <u>Employment Contract</u> dated 27-June-95.

I, Kong Yau Ming (Eric), HKID Card # K508644(2), hereinafter called "employee" being employed by Advance Thermo Control Ltd., hereinafter called "employer", hereby agree to be legally bound in the following :

### (A) Protection of "employer's" interest.

1. The "employee", from the commencing date to the last date of employment, during or outside office hours, all rights of inventions, designs, & know-how which the "employee" develops in relation to the "employer's" field or scope of business belong forever exclusively to the "employer".

2. In consideration for "employer" paying employee for developing trade secret, employee agrees not to work for other company producing product or service competing with "employer" during employment & within 12 months after future termination with Advance Thermo Control Ltd.

3. "Employee" has duty to protect and to keep confidential "employer's" business confidential information & technical information & rights, written or non-written, including inventions, designs, know-how, parts, products, process, customers, suppliers etc.

4. "Employee" has the following duties :

    a) to collect back all above-mentioned documents & samples relating to above from sub-contractors or potential buyers for sub-contract or quotation or marketing purposes.

    b) to return to "employer" all copies of above-mentioned documents in "employee's" possession on employment termination.

Employee's violation to have duties during employment or infringement of above rights after employment, either directly or indirectly is actionable in Court, and is liable to termination without notice or compensation.

### (B) Conflict of interest.

"Employee" is not allowed to have any conflict of interest against "employer" during employment, otherwise employment is terminated automatically without notice or compensation in lieu of notice, and "employee" has to surrender to "employer" such interest or benefits derived.

Employee's signature

Name : Kong Yau Ming, Eric
Date : 27-June-95

Employer's signature

Advance Thermo Control Ltd.
Mr. T.Y.Lam
Administration

# Advance Thermo Control Ltd.

19th Floor, Million Fortune Ind. Centre, Nos. 34-36 Chai Wan Kok Street, Tsuen Wan, N.T., Hong Kong.
Tel: (852) 2498 7465 , Fax: (852) 2413 3080

## EMPLOYMENT CONTRACT

Dear Mr. Kong Yan Ming (Eric),

We are pleased to offer you the employment in our Company under the following terms and conditions:

**Joining date** : 10-Apr-95.

**Present position** : Draftsman (Engineering Dept.)

**Basic salary** : HK$ 7,000.00 per month, all necessary overtime pay included.
Your salary will be paid by auto-transfer to your personal bank accounts at the 20th of each month except for the first month's salary.

**Probationary period** : Probation is counted as 3 months from the joining date.

**Salary review** : Salary review is normally carried out once a year where the Company's profit, staff performance and the consumer price index would be taken into consideration. Under special circumstances, such as promotion, interim salary adjustment may be made during the year.

**Double Pay** : You are entitled to a Double Pay before each Chinese New Year which consists of one month of your basic salary. This will be paid after completion of one year employment. For the first year, your Double Pay will be pro-rated to the number of months employed. No Double Pay will be given, if employment is less than one calendar month before Double Pay cut-off time. Should the employment terminates before Double Pay cut-off time, the Double Pay will be granted according to labour ordinance. (Double Pay cut-off time means the last day of each year.)

**Bonus** : The Company may or may not be issued a non-guaranteed Bonus to individual staff who has worked as a permanent staff with satisfactory performance.

**Working hours** : Monday through Friday —— 8:30 a.m. to 5:30 p.m.
Saturday —————— 8:30 a.m. to 12:30 p.m.
Lunch time ————— 12:30 p.m. to 1:30 p.m.

**Annual leave** : After the completion of one year's service with this Company, you are entitled to 10 days annual leave with pay. This annual leave will be increased by one day per each service year to a maximum of 14 days. Staffs should apply 4 weeks in advance for any leave of more than 4 days, and subject to approval by management.
On termination of employment contract for whatever reasons, including resignation, but excluding reasons of disciplinary dismissal, for each years' employment reaching 3 months, but less than 12 months, employee will be paid a pro-rata sum in lieu of annual leave equivalent to entitled annual leaves' pay multiply the number of completed calendar days. For disciplinary dismissals, annual leave will be granted according to labour ordinance.

**Sick leave** : You are only entitled to sick leave by submit a sick leave certificate issued by registered doctors to the Company. Otherwise, the leave may not be paid.

Page 1

# Advance Thermo Control Ltd.

19th Floor, Million Fortune Ind. Centre, Nos. 34-36 Chai Wan Kok Street, Tsuen Wan, N.T., Hong Kong.
Tel : (852) 2498 7465   Fax : (852) 2413 3080

Medical benefits
scheme : After 3 months' probationary period, you are entitled to enter into our Company's medical scheme. For more details, please refer to the Medical Insurance Policy.

Change of
personal details : Employees are obliged to advise the Company immediately of any change in their personal details.

Termination of
employment : During the first month of probationary period, termination could be at anytime without notice or payment in lieu of notice. After one month service, termination must be notified to the other party 14 days in advance, (Sundays & Holidays inclusive) or payment in lieu of notice. After probation, termination must be notified to the other party one month in advance, (Sunday & Holidays inclusive) or payment in lieu of notice.
Employees who defraud the discipline of work will be dismissed without notice or payment in lieu of notice. Annual leave is not counted as notice.

In confirming the employment, we shall appreciate your signing the copy of this letter. We look forward to a long & beneficial association with you.

Employment accepted by

Name: Kong Yau Ming, Eric
Date:  27 June, 1995.

Advance Thermo Control Ltd.

Mr. T.Y.Lam
Administration

Page 2