# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Advance Heat Products Ltd.
                       Plaintiff,

v.                                                   Case No.: 1:07–cv–06784
                                                        Honorable George W. Lindberg

James D Koskey Jr., et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 30, 2008:

      MINUTE entry before Judge George W. Lindberg : Status hearing held and continued to 2/27/2008 at 9:30a.m. The date for filing the answer to the complaint will be set at the status hearing on 2/27/2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.