AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Advance Heat Products, Ltd., a Hong Kong corporation,

          V.

James D. Koskey, Jr.; Koskey & Howard, Inc. f/k/a K&H Manufacturing, Inc., a Colorado corporation; and K&H Manufacturing, LLC, a Delaware limited liability company.

CASE NUMBER: 07cv6784

ASSIGNED JUDGE: George W. Lindberg

DESIGNATED MAGISTRATE JUDGE: Maria Valdez

TO: (Name and address of Defendant)

Koskey & Howard, Inc. f/k/a K&H Manufacturing, Inc.
c/o Edward M. Shields, its registered agent
10 Boulder Crescent, Suite 200
Colorado Springs, Colorado 80903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald R. Cassling
Charles E. Harper, Jr.
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661-2511

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Cynthia Mercado_ (signature)

(By) DEPUTY CLERK

January 28, 2008

Date

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Colorado** | **County of** | **United States District Court** |

Case Number: 07CV6784

Plaintiff:
**Advance Heat Products, LTD, a Hong Kong corporation**
vs.
Defendant:
**James D. Koskey, Jr; et al**

For:
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, IL 60661

Received by Courier Process Service, Inc. on the 30th day of January, 2008 at 8:51 am to be served on **Koskey & Howard, Inc. Fka K&H Manufacturing, Inc. Registered Agent: Edward M. Shields, 10 Boulder Crescent, Suite 200, Colorado Springs, CO 80903**.

I, Tad C. Howard, being duly sworn, depose and say that on the **1st day of February, 2008** at **9:18 am, I:**

served the **Summons in a Civil Case, First Amended Complaint, Exhibit A** to: **Edward Shields** as **Registered Agent** authorized to accept for **Koskey & Howard, Inc. Fka K&H Manufacturing, Inc.**, at the address of: **10 Boulder Crescent, Suite 200, Colorado Springs, CO 80903**, in El Paso County

I certify that I am over the age of 18 and have no interest in the above action.

(STATE OF COLORADO   )
(                                            )  SS
(COUNTY OF EL PASO  )

Tad C. Howard
Process Server

Subscribed and Sworn to before me on the 1st day of February, 2008 by the affiant who is personally known to me.

My Commission expires:____

Courier Process Service, Inc.
115 East Vermijo Avenue
Suite 202
Colorado Springs, CO 80903-2008
(719) 475-7360
Our Job Serial Number: 2008001379

Service Fee: $65.00

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

My Comm. Expires
06/09/2009