IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADVANCE HEAT PRODUCTS LTD., a Hong Kong corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 07 C 6784 |
| JAMES D. KOSKEY, JR., and KOSKEY & HOWARD, INC. f/k/a K&H MANUFACTURING, INC., a Colorado corporation, and K&H MANUFACTURING, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) | Judge George W. Lindberg Magistrate Judge Maria Valdez |
| Defendants. | ) | |

## NOTICE OF FILING

To:   See attached Certificate of Service.

PLEASE TAKE NOTICE that on April 18, 2008, the undersigned counsel filed *Defendant's Answer To Plaintiff's First Amended Complaint* with the Clerk of the United States District Court, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which was served upon all parties of record.

Dated: April 18, 2008

JAMES D. KOSKEY, JR., KOSKEY & HOWARD, INC. f/k/a K&H MANUFACTURING, INC. and K&H MANUFACTURING, LLC

By:   /s/ John D. Burke
          One of Their Attorneys

John D. Burke (ARDC No. 06203918)
**ICE MILLER LLP**
200 West Madison, Suite 3500
Chicago, Illinois 60606
(312) 726-8148

## **CERTIFICATE OF SERVICE**

    John D. Burke, an attorney, certifies that on April 18, 2008, he caused a true and correct copy of the *Notice of Filing and Defendant's Answer to Plaintiff's First Amended Complaint* to be served by electronic mail upon:

Charles E. Harper, Jr.
Donald R. Casslin
Jacquelyn T. Pinnell
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661-2511

                                                  /s/ John D. Burke
                                                    John D. Burke

C/65034.1