**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ADVANCE HEAT PRODUCTS LTD., a Hong Kong corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6784 |
| v. | ) ) | Judge George W. Lindberg |
| JAMES D. KOSKEY, JR., KOSKEY & HOWARD, INC. f/k/a K&H MANUFACTURING, INC., a Colorado corporation, and K&H MANUFACTURING, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

**NOTICE OF REINSTATEMENT OF CASE**

Plaintiff, Advance Heat Products Ltd. ("Advance"), by its attorneys and for its Notice of Reinstatement of Case, states as follows:

1. In its June 11, 2008 Order, this Court granted Plaintiff leave to reinstate this matter on or before June 30, 2008. *See* Docket #31.

2. Plaintiff and Defendants have agreed to settle this matter. Pursuant to the terms of the settlement agreement, Defendants were to satisfy certain obligations provided for in the agreement on or before June 25, 2008.

3. While Defendants have not yet satisfied all required obligations as of the time of the filing of this notice, Plaintiff does not now consider Defendants to be in breach of the parties' settlement agreement.

    4.    Because the deadline for reinstatement is June 30, 2008, which is only a few days from the date of this notice, Plaintiff files this notice in order to preserve its rights because the settlement has not yet been completed.

    5.    Accordingly, Plaintiff hereby reinstates this case pursuant to the leave provided in this Court's June 11, 2008 Order.

    Respectfully submitted,

    ADVANCE HEAT PRODUCTS LTD.

    By:   /s/ Jacquelyn T. Pinnell
           One of Its Attorneys

Donald R. Cassling
dcassling@quarles.com
Charles E. Harper, Jr.
charper@quarles.com
Jacquelyn T. Pinnell
jpinnell@quarles.com
QUARLES & BRADY LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
(312) 715-5000
(312) 715-5155 (fax)

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 26, 2008, a copy of the foregoing **Notice of Reinstatement of Case** was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system at the email addresses indicated below. Parties may access this filing through the Court's system.

> John David Burke
> john.burke@icemiller.com
> Douglas A. Henning
> douglas.henning@icemiller.com
> ICE MILLER LLP
> 200 West Madison Street
> Suite 3500
> Chicago, IL 60606
> (312) 726-8148

>         /s/ Jacquelyn T. Pinnell
> *One of the attorneys for Advance Heat Products Ltd.*

QBACTIVE\6313587.1