## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6784 | **DATE** | 6/26/2008 |
| **CASE TITLE** | Advance Heat Products vs. James D. Koskey, Jr.,et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to reinstate case is granted. Civil case reinstated. Status hearing set for 7/9/2008 at 9:30a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|